UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARTIN BAUER, INC.,
          Plaintiff,

v.

BRANDS WITHIN REACH, LLC,
          Defendant.
------------------------------------------------------------x

**ORDER**

21 CV 5576 (VB)

     As discussed at a conference held on the record today, at which counsel for all parties appeared, it is hereby ORDERED:

     1.    For the reasons stated on the record, defendant's attorney's motion to withdraw as counsel (Doc. #37) is GRANTED.

     2.    The next case management conference is scheduled for **May 16, 2022, at 9:30 a.m.** to be held in person at the White Plains courthouse, Courtroom 620. All counsel are directed to appear on that date. Defendant shall appear through newly-engaged counsel.

     3.    Defendant is reminded that limited liability companies may not appear in federal court without counsel. See Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007) (per curiam). Furthermore, a non-attorney cannot act on behalf of a company. See id. As a result, if defendant fails to engage legal representation or seek an extension of time to do so by the status conference on May 16, 2022, the Court may permit plaintiff to seek default judgment against defendant.

     4.    Defendant's prior counsel shall serve a copy of this Order on defendant and file proof of service on the docket by **April 15, 2022**.

     5.    The Clerk of Court is directed to terminate attorneys Mark Steven Mulholland, Esq., and Jonathan Christopher Sullivan, Esq., from the docket, and remove them from the ECF notification list.

6.  The Clerk of Court is further directed to update defendant's address on the docket to reflect the address below:

> Brands Within Reach LLC
> c/o Zachert Private Equities GmbH
> Friedrich-Engels-Straße 14
> 15537 Grünheide (Mark)
> Germany

Dated: April 11, 2022
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge