UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MARTIN BAUER, INC.,
          Plaintiff,

v.

BRANDS WITHIN REACH, LLC,
          Defendant.
--------------------------------------------------------------x

**ORDER**

21 CV 5576 (VB)

As discussed at a conference held on the record today, at which counsel for plaintiff appeared, but no representative of defendant Brands Within Reach, LLC, appeared, despite having received notice of the conference, it is hereby ORDERED:

1.    For the reasons stated on the record, plaintiff shall move by order to show cause for a default judgment by **June 16, 2022**.

Dated: May 16, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge